UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JACLYN MOORE, Individually and on Behalf of All Others Similarly Situated, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 17-6266 |
| v. | : | ORDER |
| HIGHPOINT SOLUTIONS LLC and CHRISTINE M. CUSHMAN, | : | |
| Defendants. | : | |

This matter having come before the Court on Motion of Defendant Highpoint Solutions LLC to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6); and

The Court having considered the submissions of the parties and having heard oral argument on May 30, 2018;

For the reasons placed on the record that day, as well as those articulated in this Court's Opinion issued even date,

IT IS ORDERED on this 5th day of June, 2018 that Defendant's Motion to Dismiss the Complaint [14] is hereby <u>GRANTED</u>.

/s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez
U.S.D.J.